UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 8:07-cr-512-T-30EAJ |
| GEORGE THORNTON, | : |
| Defendant. | : |

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #15) of the United States of America for a Forfeiture Money Judgment, which, at sentencing, shall be a final judgment of forfeiture as to defendant George Thornton's interest in property subject to forfeiture.

The Court, being fully advised in the premises, hereby finds that the government has established that the amount of proceeds the defendant obtained as a result of his theft of government funds, in violation of 18 U.S.C. § 641 for which the defendant pled guilty, was $102,471.00.  Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that for good cause shown, the motion of the United States is GRANTED.

IT IS FURTHER ORDERED that defendant George Thornton is personally liable for a forfeiture money judgment in the amount of $102,471.00, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c)  and Rule 32.2(b)(2).

IT IS FURTHER ORDERED, that the United States may seek forfeiture of any of the defendant's property up to the value of the $102,471.00 money judgment as substitute assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, and to entertain any third party claims that may be asserted in those proceedings.

**DONE** and **ORDERED** in Tampa, Florida on March 24, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cr-512.forfeiture 15.wpd